[No. 15463-3-II.     Division Two.     March 7, 1994.]

GEORGE B. TELLEVIK, ET AL, *Respondents*, v. REAL
PROPERTY KNOWN AS W. 7941 CLOQUALLUM ROAD,
*Defendant*, SCOTT M. MILLS, *Appellant*.

Appeal from a judgment of the Superior Court for Mason
County, No. 90-2-00268-7, James B. Sawyer II, J., entered
September 30, 1991. *Affirmed* by unpublished opinion per
Petrich, J. Pro Tem., concurred in by Morgan, C.J., and
Seinfeld, J.

[No. 16968-1-II.     Division Two.     March 7, 1994.]

JOHN F. TRUNK, ET AL, *Appellants*, v. DOUG J. WILKIE,
ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 92-2-03057-3, Terry D. Sebring, J., entered Feb-
ruary 26, 1993. *Reversed* by unpublished per curiam opinion.

[No. 13024-0-III.     Division Three.     March 8, 1994.]

CHESTER SMITH, *Appellant*, v. ROGER F. GRAY,
ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Benton
County, No. 92-2-00066-8, Dennis D. Yule, J., entered Janu-
ary 12, 1993. *Affirmed* by unpublished opinion per Thomp-
son, C.J., concurred in by Sweeney and Schultheis, JJ.

[No. 12248-4-III.     Division Three.     March 10, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. PEGGY S.
LEITCH, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima
County, No. 91-1-01627-1, Micheal W. Leavitt, J., entered
February 28, 1992. *Reversed* by unpublished opinion per
Thompson, C.J., concurred in by Munson and Sweeney, JJ.